# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**PAMELA S. MORGAN**                                                                      **PLAINTIFF**

**v.**                                       **NO. 1:15-CV-00102-BD**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is REVERSED, and this case is REMANDED for further proceedings.

DATED this 17th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE