IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PAMELA S. MORGAN                                           PLAINTIFF

V.                    CASE NO. 1:15-CV-00102 BD

NANCY A. BERRYHILL, Acting Commissioner
Social Security Administration                             DEFENDANT

## ORDER

Plaintiff Pamela S. Morgan has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #16) She seeks fees and expenses in the amount of $1,522.36. The Commissioner does not object to the amount requested. (#19) The Commissioner states, however, that the fees should be payable to Ms. Morgan, subject to offset for any debt she may owe to the Government.

Ms. Morgan's motion (#16) is GRANTED, and she is awarded $1,522.36 in fees and expenses, subject to offset, if she has outstanding government debt.

DATED this 16th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE